IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:13CR233 |
| | § | Judge Schell |
| ASHLEY A. NELSON (19) | § | |

## NOTICE OF PLEA AGREEMENT

The government and **Ashley Nelson**, the defendant, have entered into a written plea agreement in relation to the pending charges.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

  /s/
CAMELIA LOPEZ
Assistant United States Attorney
101 East Park Blvd., Suite 500
Plano, Texas 75074
Telephone: (972) 509-1201
Facsimile: (972) 509-1209
TX Bar No. 24036990
Camelia.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Notice of Plea Agreement was served by electronic filing to defense counsel on this the 15th day of August, 2014.

  /s/
Camelia Lopez

**Notice of Plea Agreement** - Page 1