IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:13CR233 |
| | § | Judge Schell |
| ASHLEY A. NELSON (19) | § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 23 2014

BY DAVID J. MALAND, CLERK
DEPUTY

## FACTUAL STATEMENT

It is hereby stipulated and agreed by defendant **Ashley Nelson (Nelson)** that the following facts are true and correct and that he understands and agrees, with express consent of her counsel, Kimberly Candace Priest-Johnson, that this Factual Statement may be used by the Court to determine whether her plea is voluntary and knowing and by the probation officer and the Court to determine an appropriate sentence for the offenses to which she is pleading guilty:

1. **Nelson** is the same person charged in the Information.

2. Bank of America and JP Morgan Chase Bank were financial institutions insured by the Federal Deposit Insurance Corporation.

3. On or about March 6, 2008, **Nelson** opened Bank of America account number x2184. **Nelson** received a temporary debit card and gave it to Natalie Bonner, co-conspirator, knowing it would be used to commit fraud against Financial Institutions in the Eastern district of Texas and elsewhere.

4. On or about March 10, 2008, Natalie Bonner and **Nelson** cashed or attempted to cash multiple checks made payable to **Nelson**, knowing that there were insufficient funds to cover the checks.

**NELSON FACTUAL**
Page 1

5. The loss to Bank of America foreseeable to **Nelson** from her participation in the conspiracy was approximately $15,500.00.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Statement and the Information [Indictment or Information] or have had them read to me and have discussed them with my attorney. I fully understand the contents of this Factual Statement and agree without reservation that it accurately describes the events and my acts.

Dated: 8/21/14

_Ashley Nelson_
Ashley Nelson
Defendant

### DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Statement and the Information [Indictment or Information] and have reviewed them with my client, **Ashley Nelson**. Based upon my discussions with my client, I am satisfied that she understands the Factual Statement as well as the Information [Indictment or Information] and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: 8/26/14

_Kimberly Candace Priest-Johnson_
Kimberly Candace Priest-Johnson
Attorney for Defendant