IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:13CR233 |
| | § | Judge Crone |
| ASHLEY A. NELSON (19) | § | |
| | § | |

## FINAL ORDER OF FORFEITURE

On September 23, 2014, the defendant, **Ashley Nelson,** pled guilty to the information which included a Notice of Forfeiture in which she agreed that she had obtained $15,500, in proceeds from the offense alleged in Count One of the Information. Count One charges a violation of 18 U.S.C. § 371, Conspiracy to Commit Bank Fraud. The United States has filed a motion for $15,500 in United States currency.  Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Accordingly, the Court orders that the defendant forfeit to the United States the sum of $15,500  pursuant to 18 U.S.C. § 981(E) and that a personal money judgment be issued for the same.  Pursuant to Fed. R. Crim. P. 32.2(b)(3), this order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  The United States may, at any time, pursuant to Fed. R. Crim. P. 32.2(e), move to amend this order to substitute property to satisfy the money judgment in whole or in part.

SIGNED at Beaumont, Texas, this 24th day of April, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE